UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-134-FDW-SCR-15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER OF INSTRUCTIONS |
| MARQUEL MICHAEL CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's *pro se* Letter [Doc. 3396] in which he asks the Court to "vacate [his] sentence."

The Defendant's Letter is construed as a Motion to Vacate pursuant to 28 U.S.C. § 2255.[1] The Clerk will be instructed to open the Letter as a § 2255 Motion to Vacate in a new civil action.

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Letter [Doc. 3396] is recharacterized as a § 2255 Motion to Vacate. The Clerk is instructed to open the Letter as a § 2255 Motion to Vacate in a new civil case.

Signed: June 13, 2023

Frank D. Whitney
United States District Judge

---

[1] No pre-recharacterization warnings are required pursuant to <u>United States v. Castro</u>, 540 U.S. 375 (2003) because this is not the Defendant's first Motion to Vacate. <u>See</u> Case No. 3:22-cv-88.